**Order entered October 16, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00444-CR

**CORTNEY WOODS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F16-76149-Y**

## ORDER

The reporter's record, originally due June 12, 2018, has been filed. In light of this, we **VACATE** that portion of our October 8, 2018 order that orders Vearneas Faggett not sit as a court reporter.

We **DIRECT** the Clerk to send copies of this order to the Honorable Stephanie Fargo, Presiding Judge, Criminal District Court No. 7; Vearneas Faggett, official court reporter, Criminal District Court No. 7; to the Dallas County Auditor's Office; and to counsel for all parties.

Appellant's brief is due November 15, 2018.

/s/     LANA MYERS
JUSTICE